## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 206 MAL 2015
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.           :
:
:
:
ANTONIO M. JOHNSON,     :
:
                Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.